## United States District Court for the Northern District of Illinois

Case Number: 08CV4081     Assigned/Issued By: DAJ

Judge Name: GOTTSCHALL     Designated Magistrate Judge: VALDEZ

### FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
                [ ] IFP       [ ] No Fee   [ ] Other _____
                [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00     Receipt #: 2944152

Date Payment Rec'd: 07/18/08     Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                               [ ] Alias Summons
[ ] Third Party Summons                   [ ] Lis Pendens
[ ] Non Wage Garnishment Summons          [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons    _____
[ ] Citation to Discover Assets           (Victim, Against and $ Amount)
[ ] Writ _____
        (Type of Writ)

_2_ Original and _0_ copies on _07/18/08_ as to _DEF'S._____
                                    (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05