UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSPEH GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 4081 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Joan Gottschall |
| SHERIFF OF COOK COUNTY, and | ) | |
| COOK COUNTY, ILLINOIS | ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:** Service List

PLEASE TAKE NOTICE that on the August 7, 2008, I caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached Defendant's Answer to Plaintiff's Complaint.

                                                        Respectfully submitted,
                                                        RICHARD A. DEVINE
                                                        State's Attorney of Cook County

                              By:    s/ Jack G. Verges #6186215
                                         Jack G. Verges, Assistant State's Attorney
                                         500 Richard J. Daley Center
                                         Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

I, Jack G. Verges, Assistant State's Attorney, certify that I served this notice by delivering it to the persons/parties on the service list, at their addresses as listed, by first class mail, depositing it in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on August 7, 2008.

                                                        s/ Jack G. Verges #6186215
                                                        Jack G. Verges

## SERVICE LIST

Kenneth N. Flaxman
200 South Michigan Avenue
Suite 1240
Chicago, IL  60604-6107
(312) 427-3200

Case 1:08-cv-04081   Document 8   Filed 08/07/2008   Page 2 of 2